THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE R. TRUMBACH, Appellant.

Submitted December 31, 2007; decided January 8, 2008

Reported below, 31 AD3d 1054.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

---

CHRISTOPHER SANATASS et al., Appellants, v CONSOLIDATED INVESTING COMPANY, INC., et al., Respondents, et al., Defendants. (And a Third-Party Action.)

Submitted December 24, 2007; decided January 8, 2008

Reported below, 38 AD3d 332.

Motion by New York State Trial Lawyers Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

---

DZAFER VUCETOVIC et al., Appellants, v EPSOM DOWNS, INC., Respondent.

Submitted November 5, 2007; decided January 8, 2008

Reported below, 45 AD3d 28.

Motion by City of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.